No. 28190.

Court of Criminal Appeals of Texas.

April 25, 1956.

**Fred Allen SMITH, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28339.

Court of Criminal Appeals of Texas.

May 23, 1956.

. No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

No attorney for appellant of record on appeal.

Henry Wade, Dist. Atty., Thomas B. Thorp, A. D. Bowie, and George P. Blackburn, Asst. Dist. Attys., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is robbery; the punishment, 50 years.

The record on appeal contains no statements of facts or bills of exception. All proceedings are regular, and nothing is presented for review.

The judgment is affirmed.